UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RANDALL W. THAYER**, <br><br>  Plaintiff, <br><br> vs. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br>  Defendant. | **2:20-CV-12693-TGB-PTM** |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Patricia T. Morris' Report and Recommendation (ECF No. 19), it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**, Plaintiff's Motion for Summary Judgment (ECF No. 14) is **DENIED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: February 16, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE